IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH S. LACROSS, JR.,
    Plaintiff,

vs.                                          Case No. 3:07cv363/RV/MD

J.D. BURNHAM,
    Defendant.
_____

## O R D E R

This cause is before the court upon plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983. Plaintiff has failed either to submit a motion to proceed *in forma pauperis* or pay the $350.00 filing fee. Plaintiff's case cannot proceed until he either pays the filing fee or files a properly completed *in forma pauperis* motion with supporting documentation.

Accordingly, it is ORDERED:

1.    The clerk is directed to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis*. This case number should be written on the form.

2.    Plaintiff shall file either the completed motion to proceed *in forma pauperis*, or payment in the amount of $350.00. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the past six months) and must be filed <u>in each case he has filed in this court</u>.[1] The court will not process the complaint until all the required forms are submitted.

---

[1] Thus, prisoners who have filed more than one case may be required to make payments totaling 40%, 60%, 80% or even 100% of their monthly deposits.

3.      Plaintiff shall do the above within **thirty (30) days** from the date of the docketing of this order.  Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 10th day of September, 2007.


/s/ *Miles Davis*
　　　**MILES DAVIS**
　　　**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:07cv363/RV/MD*