IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH SHERMAN LACROSS, JR.,
    Plaintiff,

vs.                                      3:07cv363/RV/MD

OFFICER J.D. BURNHAM,
    Defendant.

## O R D E R

      This court's order dated November 2, 2007 was returned as undeliverable with the notation "out of jail." Plaintiff has failed to advise the court of his current address. Although it is not the court's responsibility to track down the plaintiff, it has ascertained that the Florida Department of Corrections website[1] reflects that plaintiff has been on supervised release since October 25, 2007. The website also lists an address in St. Petersburg, Florida. The clerk will be directed to forward its last order to plaintiff at that address. However, plaintiff is reminded that it is his responsibility to promptly keep the court apprised of any changes in his address, and that his failure to do so may result in the dismissal of his case.

      Accordingly, it is ORDERED:

      1. The clerk of court is directed to forward to the plaintiff a copy of this order, a copy of the court's order of November 2, 2007 and a civil rights complaint form with this case

---

[1]http://www.dc.state.fl.us/ActiveOffenders/detail.asp?Bookmark=1&From=list&SessionID=205080277

*Page 2 of 2*

number and the words "Second Amended Complaint" written on the form. These items should be mailed to the plaintiff at 519 92nd Ave., St. Petersburg, FL 33702.[2]

2.  If plaintiff wishes to pursue this action, he shall file a second amended complaint on or before **December 19, 2007.**

3.  Failure to timely submit a second amended complaint as instructed will result in a recommendation that this action be dismissed without prejudice without further notice.

4.  The clerk is directed to return this file to chambers on December 19, 2007 or upon receipt of the plaintiff's second amended complaint.

DONE AND ORDERED this 20th day of November, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] The clerk shall amend the docket to reflect this new address.

*Case No: 3:07cv363/RV/MD*