IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH SHERMAN LACROSS, JR.,
    Plaintiff,

vs.                                                     CASE NO.: 3:07cv363/RV/MD

J.D. BURNHAM,
    Defendant.

## REPORT AND RECOMMENDATION

    This cause is before the court on referral from the clerk. On August 28, 2007, plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 alleging defendant's violation of his civil rights through use of excessive force. Plaintiff paid the filing fee and a summons was issued for service. Plaintiff failed to perfect service on defendant and an order issued giving plaintiff fifteen (15) days to show cause why this case should not be dismissed for his failure to have defendant served. Over thirty (30) days have elapsed with no response from plaintiff.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed without prejudice for plaintiff's failure to serve the defendant or to show cause why he was unable to do so.

    At Pensacola, Florida, this 28th day of May, 2008.

                              /s/ *Miles Davis*
                              **MILES DAVIS**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).