IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH SHERMAN LACROSS, JR.,**
    Plaintiff,

vs.                                    3:07cv363/RV/MD

**J.D. BURNHAM,**
    Defendant.

_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 28, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed without prejudice for plaintiff's failure to serve the defendant or to show cause why he was unable to do so.

At Pensacola, Florida, this 26th day of June, 2008.

                                                        */s/ Roger Vinson*
                                                        **ROGER VINSON**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**